IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Corder, Rasheda S | Case Number: 04 B 47671 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 12/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 14, 2008
Confirmed: February 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,442.31 | |
| Secured: | | 3,606.01 |
| Unsecured: | | 7,546.13 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 726.89 |
| Other Funds: | | 1,063.28 |
| Totals: | 15,442.31 | 15,442.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Credit Acceptance Corp | Secured | 3,606.01 | 3,606.01 |
| 3. | Jefferson Capital | Unsecured | 575.93 | 575.93 |
| 4. | Capital One | Unsecured | 64.00 | 191.41 |
| 5. | Sir Finance Corporation | Unsecured | 413.08 | 1,235.39 |
| 6. | Triad Financial Services | Unsecured | 1,080.62 | 3,231.70 |
| 7. | United Student Aid Funds Inc | Unsecured | 90.22 | 269.79 |
| 8. | DeVry Institute of Technology | Unsecured | 125.58 | 375.46 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 104.00 | 311.00 |
| 10. | Nicor Gas | Unsecured | 115.16 | 344.32 |
| 11. | Premier Bankcard | Unsecured | 24.58 | 73.50 |
| 12. | Credit Collection | Unsecured | 15.00 | 44.85 |
| 13. | Americash Loans, LLC | Unsecured | 71.36 | 213.41 |
| 14. | Credit Acceptance Corp | Unsecured | 227.17 | 679.37 |
| 15. | CBCS | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 18. | Account Recovery Service | Unsecured | | No Claim Filed |
| 19. | Comcast | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | Willow Trace | Unsecured | | No Claim Filed |
| 22. | Mages & Price | Unsecured | | No Claim Filed |
| 23. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 24. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 25. | Microsoft Network | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Corder, Rasheda S | Case Number: 04 B 47671 |
|---|---|
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 12/29/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Unifund Corporation | Unsecured | | No Claim Filed |
| 27. | Household Bank FSB | Unsecured | | No Claim Filed |
| 28. | Statewide Credit Assn., Inc. | Unsecured | | No Claim Filed |
| 29. | University Of Phoenix | Unsecured | | No Claim Filed |

$ 9,012.71         $ 13,652.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 61.75 |
| 4% | 48.00 |
| 3% | 35.99 |
| 5.5% | 192.08 |
| 5% | 66.81 |
| 4.8% | 126.97 |
| 5.4% | 195.29 |
| | $ 726.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

